| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------X<br>UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>   -v-<br><br><br>FELIX AGUSTIN DOMINGUEZ BIDO,<br><br>                 Defendant.<br>------------------------------------------------------------X | **ORDER**<br><br>20-CR-34 (PAC) (JLC) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  04/10/2020

**JAMES L. COTT, United States Magistrate Judge.**

A telephonic hearing having been held today with counsel for all parties participating, and defense counsel having waived defendant Felix Agustin Dominguez Bido's appearance, it is hereby ordered that for the reasons set forth on the record, defendant's motion for bail is granted. On the record presented to the Court, while the Government has established by clear and convincing evidence that defendant presents a danger to the community and a preponderance of evidence that he presents a risk of flight, defendant has demonstrated a "compelling reason" under section 3142(i) for his temporary release.

It is hereby ordered that defendant is to be temporarily released on the following conditions:

- $25,000 personal recognizance bond;
- The bond to be co-signed by two financially responsible persons;
- Defendant to reside at 922 East 169th Street, Apartment 1B, Bronx, New York, 10459, with his wife, Angelica Jimenez;

1

- Home incarceration enforced by electronic monitoring to be arranged by pretrial services (defendant may not leave residence except for necessary medical services). All other leave from the residence must be submitted through defense counsel for the Court's approval;

- All mandatory conditions of release set forth in the standard "Order Setting Conditions of Release" form;

- No visitors to the residence except for family members and defense counsel;

- Travel restricted to the Southern and Eastern Districts of New York;

- Surrender of all passports and other travel documents and make no new applications;

- Pretrial supervision as directed; and

- Defendant to promptly inform pretrial services when any cohabitant of the residence, including himself, becomes symptomatic of any illness.

The Court finds these conditions, taken together, adequately protect the safety of the community and ensure Dominguez Bido's return to pretrial detention while minimizing the threat to his health.

Dominguez Bido shall be released on or after April 13, 2020, at the time his quarantine, if any, at MDC is lifted, provided that at least one co-signer has executed the bond by the time of his release. Immediately on his release, Dominguez Bido must contact his lawyer to confirm the conditions of the bond and

to sign a copy of the bond. Dominguez Bido must sign the bond no later than 24 hours after his release.

Before noon by the next business day, Dominguez-Bido must report to Pretrial Services to be fitted with electronic monitoring.

Within 72 hours of Dominguez Bido's release, his counsel must contact the Court to arrange a conference call in which Dominguez Bido will participate to enable the Court to deliver the warnings about the importance of compliance with these conditions and the consequences of noncompliance.

Because his release is tied to the threat of the COVID-19 pandemic, Dominguez Bido's release shall be reassessed every 60 days to determine whether the exceptional circumstances justifying his release have dissipated. To that end, not later than **June 10, 2020**, the parties must submit a joint letter discussing whether extraordinary reasons compelling Dominguez Bido's release continue to exist.

**SO ORDERED.**

Dated: New York, New York
April 10, 2020

_____
JAMES L. COTT
United States Magistrate Judge