**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

May 14, 2020

**VIA ECF**
Honorable James L. Cott
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street,
New York, NY 10007
FAX: 212-331-4060

> 5-15-2020
> Bond is modified to allow Mr. Dominguez-Bido to receive mental health treatment through PTS. SO ORDERED.
>
> /s/ Paul A. Crotty

Re: **United States v. Felix Agustin Dominguez-Bido**
  19 Mj. 10841 (UA)

Dear Judge Cott:

  I write on behalf of my client Felix Agustin Dominguez-Bido with no objection from Pre-Trial Services (PTS), to respectfully request that the Court modify the conditions of the bond authorizing Mr. Dominguez-Bido to receive mental health treatment through PTS.

On April 10th, 2020, you ordered bail conditions that included the following: a $25,000 PRB signed by two FRP; travel restricted to SDNY/EDNY; surrender travel documents and no new applications; and Pre-Trial Supervision as directed by PTS.

Mr. Dominguez-Bido has struggled with mental health issues for the entirety of his life, including struggling with depression and schizophrenia. While in BOP custody, he was prescribed numerous medications for his mental health, while also receiving regular treatment. I was advised by PTS Supervisor Bernisa M. Mejia that Mr. Dominguez-Bido has communicated with PTS that he would like to receive mental health counseling while on supervision. Ms. Mejia informed me that in order for PTS to refer Mr. Dominguez-Bido to mental health counseling the bond must be modified to reflect this. We ask that you order PTS to direct Mr. Dominguez-Bido to sufficient mental health treatment.

                                        Respectfully submitted,
                                        /s/
                                        Marisa K. Cabrera
                                        Assistant Federal Defender
                                        Tel.: (212) 417-8730