```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
 UNITED STATES OF AMERICA                     :
                                              :    20 Cr. 34 (PAC)
    - against -                               :
                                              :
                                              :    ORDER
 Felix Augustin Dominguez-Bido,               :
        Defendant.                            :
------------------------------------------------------------------------X
```

The Court is in receipt of the Defendant's letter, dated April 29, 2021, requesting a thirty-day adjournment of the scheduled plea hearing in this case. The Government consents to the Defendant's request. Accordingly, the adjournment request is granted. The Court will reschedule the conference for Tuesday, June 1, 2021, at 10 A.M. in Courtroom 14(C).

In light of the Supreme Court's recent decision in *Niz Chavez v. Garland*, No. 19-863 __ U.S. __ (April 29, 2021), the Defendant is granted leave to submit additional motions by May 14. If additional motions are filed, the Government is directed to respond by May 21. The Defendant may submit a reply by May 27.

Dated: New York, New York          SO ORDERED
      April 30, 2021

                                                                    PAUL A. CROTTY
                                                                    United States District Judge